UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ALIX L. JOSEPH,                                                       JUDGMENT
                                                                              13-CV- 2961 (NGG)
               Plaintiff,

    -against-

BETH ISRAEL MEDICAL CENTER,

              Defendant.
------------------------------------------------------X

        A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on January 17, 2014, granting Defendant's motion to dismiss Plaintiff's Complaint; and dismissing Plaintiff's Complaint in its entirety; it is

        ORDERED and ADJUDGED that Defendant's motion to dismiss Plaintiff's Complaint is granted; and that Plaintiff's Complaint is dismissed in its entirety.

Dated: Brooklyn, New York                                           Douglas C. Palmer
        January 17, 2014                                                   Clerk of Court

                                                        by:    */s/ Janet Hamilton*
                                                                   Deputy Clerk