

Alix Joseph
345 East 31st Street
Apt. #7
Brooklyn, NY 11226