FILED

Jan 29 2014
0-8

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

USDC

13cv2961
NGG

neopost
$01.320
01/17/2014
Mailed From 11201
US POSTAGE

049JB2022196

Alix Joseph
345 East 31st Street
Apt. #7
Brooklyn

NIXIE

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 11201183299      *0509-00597-18-15